UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

FISKARS CORPORATION and
FISKARS BRANDS, INC.,

    Plaintiffs,

v.

                                        Case No. 13-cv-117

TRANSAMERICAN MEDICAL
INSTRUMENT COMPANY,

    Defendant.

## DEFAULT JUDGMENT

Based upon the allegations of the Complaint in this matter, the Declaration of Allen A. Arntsen, and the Entry of Default, plaintiffs Fiskars Corporation and Fiskars Brands, Inc. (collectively "Fiskars") shall have and recover judgment against defendant Transamerican Medical Instrument Company ("Transamerican") as follows:

    1.    Fiskars orange handled scissors mark, Registration No. 3,197,824 ("Fiskars Mark"), is valid and is infringed by Transamerican's sale and/or advertising of scissors incorporating the Fiskars Mark.

    2.    Transamerican Medical Instrument Company is enjoined from selling and/or advertising scissors incorporating the Fiskars Mark.

    3.    On or before June 15, 2013, Transamerican shall provide a declaration to Fiskars' counsel, Attorney Allen A. Arntsen, confirming that Transamerican has destroyed all scissors in its possession that incorporate the Fiskars mark.

4.   On or before June 15, 2013, Transamerican shall provide to Attorney Arntsen an accounting of all profits obtained by Transamerican relating to scissors that incorporate the Fiskars Mark, and Fiskars shall have and recover the amount of such profits from Transamerican.

5.   Pursuant to 15 U.S.C. § 1117, Fiskars shall have and recover from Transamerican attorneys' fees in the amount of $1,962.00 and costs in the amount of $357.60, plus such other costs and reasonable attorneys' fees as are reasonably related to post-judgment enforcement activities.

6.   This Court will retain jurisdiction over this matter to enforce the terms of this Judgment and any disputes arising hereunder, with the prevailing party entitled to recover reasonable attorneys' fees.

BY THE COURT

Date: *June 12, 2013*          *Barbara B. Crabb*

Judgment entered this *13th* day of June, 2013.

*Peter Oppeneer*
Peter Oppeneer, Clerk of Court

2

4830-2666-9844.1